No. 84–452.   TODD v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 84–482.   GUSTAFSON v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 84–525.   BAYLOR UNIVERSITY MEDICAL CENTER v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 84–537.   AUSTIN v. PENNSYLVANIA.   Super. Ct. Pa. Certiorari denied.

No. 84–544.   ASSOCIATION OF CALIFORNIA WATER AGENCIES ET AL. v. UNITED STATES ET AL.; and
No. 84–553.   COUNTY OF DEL NORTE, CALIFORNIA, ET AL. v. UNITED STATES ET AL.   C. A. 9th Cir.   Certiorari denied. Reported below: 732 F. 2d 1462.

No. 84–577.   GOODRICH v. DEPARTMENT OF THE NAVY.   C. A. Fed. Cir.   Certiorari denied.

No. 84–579.   SCHUSTER v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 84–595.   JAMPOL ET AL. v. SOUTHERN CALIFORNIA RETAIL CLERKS UNION AND DRUG EMPLOYER PENSION AND TRUST FUND.   C. A. 9th Cir.   Certiorari denied.

No. 84–610.   M/V TORVANGER ET AL. v. QUAKER OATS CO. C. A. 5th Cir.   Certiorari denied.

No. 84–612.   YARBRO ET AL. v. COMMISSIONER OF INTERNAL REVENUE.   C. A. 5th Cir.   Certiorari denied.

No. 84–637.   PETERSON v. MERIT SYSTEMS PROTECTION BOARD.   C. A. Fed. Cir.   Certiorari denied.

No. 84–650.   BRISTOL-MYERS CO. v. FEDERAL TRADE COMMISSION.   C. A. 2d Cir.   Certiorari denied.